**Order entered July 23, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01343-CV

**MATT MALOUF, Appellant**

**V.**

**STERQUELL PSF SETTLEMENT, L.C., Appellee**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-02371**

## ORDER

Before the Court is court reporter Vielica Dobbins's request for a final extension of time to file the record. She explains the additional time is needed so she can "finish proofing." We **GRANT** the request and **ORDER** the reporter's record be filed no later than July 24, 2018.

/s/    DAVID EVANS
        JUSTICE